

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2021

No. 04-21-00059-CV

**D'SPAIN CONSTRUCTION L.L.C.,**
Appellant

v.

George Samuel **LUDOLF**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 20-274
Honorable Kirsten Cohoon, Judge Presiding

## O R D E R

On April 26, 2021, appellant filed an agreed motion to abate this appeal to allow time for the finalization of settlement documents. The motion states the parties have reached a settlement that requires surveys and other conditions to be completed by October 1, 2021, and requests abatement of the appeal until that date.

The motion is **GRANTED IN PART** and **DENIED IN PART.** This appeal is **ABATED** until **May 28, 2021.** Appellant is **ORDERED** to file, **no later than May 28, 2021** (1) a motion to dismiss this appeal in compliance with Texas Rule of Appellate Procedure 42.1; (2) a detailed status update; or (3) its brief.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court